UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:19-cv-00168-FDW

| | |
|---|---|
| KENYON DWAYNE CLEMENTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ANDREW SAUL, Commissioner of Social ) | |
| Security Administration ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (Doc. No. 11). For the reasons stated in Plaintiff's motion, it is GRANTED; and this matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Signed: April 29, 2020

Frank D. Whitney
Chief United States District Judge